UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES CARTER,

        Petitioner,        Case No. 07-11611
                                      HON. JOHN CORBETT O'MEARA

v.

GREG MCQUIGGIN,

        Respondent,

_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation filed on November 03, 2009, by Magistrate Judge Komives, as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the report and recommendation is accepted and adopted as the findings and conclusions of this Court.

IT IS FURTHER ORDERED that Petitioner's application for writ of habeas corpus is DENIED.

                                                    s/John Corbett O'Meara
                                                    United States District Judge

Date:  December 3, 2009

   I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, December 3, 2009, using the ECF system and/or ordinary mail.

                s/William Barkholz
                Case Manager